**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOHN FEZY, individually and on behalf**
**of all others similarly situated,**

      **Plaintiff,**

    **v.**

**WEIGHT AND BODY SOLUTIONS**
**LLC,**

      **Defendant,**

_____/

**Case No.: 5:25-cv-00831-AGM-PRL**

**ORDER**

This matter is before the Court on Plaintiff's agreed motion to withdraw a document filed under seal. (Doc. 18). The document at issue was previously filed as an attachment to Plaintiff's motion to file document under seal. (Doc. 14-2). Before the motion was resolved, Plaintiff filed a notice of settlement. (Doc. 15). Plaintiff then filed the instant motion.

Upon due consideration, Plaintiff's motion (Doc. 18) is granted. The Clerk is directed to remove the sealed item (Doc. 14-2) from the docket.

DONE and ORDERED in Ocala, Florida on March 23, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record